No. 166. THE LANTERN, INC., Respondent, v. C. W. TRANSPORT, INC., Appellant.

No. 167. FAVORLINE, INC., Respondent, v. C. W. TRANSPORT, INC., Appellant.

(Also reported in 217 N. W. 2d 97.)

APPEALS from two judgments of the county court of Brown county entered February 21, 1973: JOHN C. JAEKELS, Judge.

Carriers. Damage and loss of part of shipment by intermediate carrier. Consignee's burden of proof. Recovery limited thereby. Damages. Evidence. Sufficiency.

The cause was submitted for the appellant on the brief of *Miller, Gerlikowski & Suemnick* of Green Bay, and for the respondents on the brief of *Bittner, Petitjean & Hinkfuss* of Green Bay.

Judgment modified and affirmed in Case No. 166.

Judgment affirmed in Case No. 167.